UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Criminal No. 11-cr-110-01-JD

Daryl Singleterry

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Trial is continued to the two-week period beginning April 17, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: January 3, 2012

cc:  Bjorn Lange, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation